**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP**
  926 J. Street, Suite 414
  Sacramento, CA  95814
  Telephone:   916.492.0700
  Facsimile:     916.492.0800

**Attorney for Defendant**
**ANTONIO SHANNON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S 03 039 WBS |
|   Plaintiff, | ) | |
|   vs. | ) | STIPULATION AND ORDER |
| ANTONIO SHANNON, | ) | |
|   Defendant. | ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Ellen V. Endrizzi, Assistant United States Attorney, and defendant, ANTONIO SHANNON, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for August 10, 2005 at 9:00 a.m., be rescheduled to August 17, 2005 at 9:00 a.m. The parties are requesting this continuance to provide defendant's counsel additional time to review the proposed plea agreement with the defendant.

The parties further stipulate and agree that time from the date of this Order through the date of the status conference set for August 17, 2005 be excluded from the speedy trial

calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: August 17, 2005                              Respectfully submitted,

                                                      WISEMAN LAW GROUP

                                          By: __/s/ Joseph J. Wiseman__
                                                     JOSEPH J. WISEMAN
                                                     Attorney for Defendant
                                                     ANTONIO SHANNON

Dated: August 17, 2005          McGREGOR W. SCOTT
                                   United States Attorney


                                   By: ____/s/ Ellen V. Endrizzi_____
                                        ELLEN V. ENDRIZZI, AUSA
                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case be continued to August 17, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to August 17, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: August 9, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE