**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, CA  95616**
   **Telephone:     530.759.0700**
   **Facsimile:     530.759.0800**

**Attorney for Defendant**
**ANTONIO SHANNON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 03 039 WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| ANTONIO SHANNON, | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Ellen V. Endrizzi, Assistant United States Attorney, and defendant, ANTONIO SHANNON, through his counsel of record, Joseph J. Wiseman, that the sentencing hearing scheduled for October 26, 2005, at 9:00 a.m., be rescheduled to November 9, 2005, at 9:00 a.m., in order to give the parties additional time to prepare for the hearing.

The parties further stipulate and agree that defendant's Formal Objections/Sentencing Memorandum, if any, shall be filed no later than October 26, 2005, and plaintiff's response

1 thereto shall be filed no later than November 2, 2005.

2 Dated: October 20, 2005          Respectfully submitted,

3

4                                  JOSEPH J. WISEMAN, P.C.

5                                  By: __/s/  Joseph J. Wiseman__
                                       JOSEPH J. WISEMAN
6                                      Attorney for Defendant
7                                      ANTONIO SHANNON

8

9 Dated: October 20, 2005          McGREGOR W. SCOTT
                                   United States Attorney
10

11                                 By: ____/s/ Ellen V. Endrizzi_____
                                       ELLEN V. ENDRIZZI, AUSA
12                                     Attorney for Plaintiff
13                                     UNITED STATES OF AMERICA

14

15

16

17     Pursuant to the stipulation of the parties, and for GOOD CAUSE HAVING BEEN

18 SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing in the above-captioned case

19 is continued to November 9, 2005 at 9:00 a.m. IT IS FURTHER ORDERED THAT defendant's

20 Formal Objections/Sentencing Memorandum, if any, shall be filed no later than October 26,

21 2005, and plaintiff's response thereto shall be filed no later than November 2, 2005.

22     Dated: October 21, 2005

23

24

25                                 _____
                                   WILLIAM B. SHUBB
26                                 UNITED STATES DISTRICT JUDGE

27

28